FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 26 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF

v.                      No. 3:05CV00016 SWW

KEITH A. WHITE AND
SUSAN M. WHITE, HIS WIFE,
BANK OF TRUMANN                             DEFENDANTS

## ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the report of sale of the United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on 4/29/05. It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Poinsett County, Arkansas, for four consecutive weeks, the last publication being on 6/2/05, and that the said sale was held at the Poinsett County Courthouse, Harrisburg, Arkansas, on June 8, 2005, at 2:00P.M., in conformity with the judgment of this Court. At such sale Roger McNeil, agent for Bank of Truman, bid the sum of $1.00, and that being the highest and best bid offered, the property was then sold to Bank of Trumann.

IT IS, THEREFORE, ORDERED that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the

purchase price of $1.00 shall be paid to the United States of America, and U.S. Department of Agriculture, Farm Service Agency. The expense items reported by the United States Marshal in the amount of $59.00 are hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto. The Marshal is directed forthwith to deliver the deed to the purchaser named in his report of sale and that it be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchaser in possession of the property.

DATED: July 26, 2005

_____
UNITED STATES DISTRICT JUDGE