IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 26 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

UNITED STATES OF AMERICA                    PLAINTIFF

v.                    No. 3:05CV00016 SWW

KEITH A. WHITE AND
SUSAN M. WHITE, HIS WIFE,
BANK OF TRUMANN                             DEFENDANTS

## ORDER APPROVING MARSHAL'S DEED

On this day Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to Bank of Truman, the purchaser of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Ray E. Carnahan acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: July 26, 2005

_____
UNITED STATES DISTRICT JUDGE



This Space Reserved for Recording Information

## MARSHAL'S DEED

WHEREAS, in a certain Civil Action No. 3:05CV00016 SWW pending in the United States District Court for the Eastern District of Arkansas, Jonesboro Division, wherein UNITED STATES OF AMERICA was plaintiff and KEITH A. WHITE AND SUSAN M. WHITE, HIS WIFE, BANK OF TRUMANN, were defendants, a judgment was entered on 4/29/05, directing the foreclosure of a certain mortgage executed by Keith A. and Susan M. White to the United States of America, and ordering a sale of the property encumbered by said mortgage; and

WHEREAS, the undersigned Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, duly conducted the sale authorized and directed in said judgment, which sale was held at public auction on June 8, 2005, after advertisement for the time and in the manner prescribed in said judgment, and in all respects in accordance with the directions contained therein; and

WHEREAS, at said sale Bank of Trumann, by and through its attorney, Roger McNeil, was the highest and best bidder, bidding for said property the sum of

$1.00, the property then being struck off to the said Bank of Trumann at that price; and

WHEREAS, such sale was duly reported to the above-described Court;

NOW, THEREFORE, with the approval of and by direction of such Court, for the considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the undersigned United States Marshal hereby grants, sells and conveys unto the said Bank of Trumann, and its successors and assigns forever, all of the right, title, interest, equity and estate of all parties to this action in and to the following property situated in Poinsett County, Arkansas, to wit:

> A part of the Northwest Quarter of the Northeast Quarter of Section 16, Township 12 North, Range 5 East, Poinsett County, Arkansas, and being more particularly described as follows: Commencing at the North Quarter Corner of said Section 16; thence South 89 degrees 42 minutes East 232.04 feet; thence South 1 degree 04 minutes West 39.7 feet to the South right-of-way line of Highway No. 69, the point of beginning proper; thence North 89 degrees 32 minutes East 159.7 feet along said right-of-way; thence South 0 degrees 34 minutes West 175.0 feet; thence South 88 degrees 29 minutes West 161.3 feet; thence North 1 degree 04 minutes East 178.0 feet to the point of beginning proper, containing 0.65 acres more or less, and being subject to all public and private roads and easements.

TO HAVE AND TO HOLD the said property unto the said Bank of Trumann and its successors and assigns forever, with all appurtenances thereunto belonging.

IN WITNESS WHEREOF, I have hereunto set my hand on this 20th day of June, 2005.

_____
RAY E. CARNAHAN
United States Marshal

PREPARED BY:
FLETCHER JACKSON
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR 72203
(501) 340-2600

# ACKNOWLEDGMENT

STATE OF ARKANSAS)
)
COUNTY OF PULASKI )

BE IT REMEMBERED on this day appeared before the undersigned Notary Public, duly qualified, commissioned and acting within and for the County and State aforesaid, Brian D. Murray, Chief Deputy U.S. Marshal, acting for and in behalf of Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, who stated and acknowledged to me that, pursuant to the judgment entered by the United States District Court for the Eastern District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto this 20th day of June, 2005, set my hand and official seal as such Notary Public.

Sandra L. Melton
Notary Public