**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 26 2005

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 3:05CV00016 SWW

KEITH A. WHITE AND
SUSAN M. WHITE, HIS WIFE,
BANK OF TRUMANN     DEFENDANTS

### ORDER OF DISTRIBUTION

On June 8, 2005, at 2:00P.M., at the front entrance of the Poinsett County Courthouse, Harrisburg, Arkansas, the United States Marshal offered for sale the lands described in the judgment entered on 4/29/05. At such sale, Bank of Truman, by and through its attorney Roger McNeil, was the highest and best bidder for the property, and the property was then sold to the said Bank of Trumann.

The United States Marshal received a check in the amount of $1.00, from the Bank of Trumann for payment in full for the property. In accordance with the terms of the judgment, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds to the U.S. Department of Agriculture, Farm Service Agency, 700 West Capitol, Room 3416, Federal Bldg., Little Rock, AR 72201 and notify Fletcher Jackson, Assistant United States Attorney by sending copy of same.

DATED: July 26, 2005

_____
UNITED STATES DISTRICT JUDGE